COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



CONTINUING ORDER OF ABATEMENT

| | |
|---|---|
| Appellate case name: | Tetra Technologies, Inc. v. David Alleman and Alleman Consulting, LLC |
| Appellate case number: | 01-19-00049-CV |
| Trial court case number: | 2086-66742 |
| Trial court: | 268th District Court of Harris County |

On June 13, 2019, appellees, David Alleman and Alleman Consulting, LLC (collectively "appellees"), filed a motion "to abate this appeal pending a trial court determination as to whether this case had been rendered moot by a binding compromise settlement agreement." *See Mantas v. Fifth Court of Appeals*, 925 S.W.2d 656, 658–59 (Tex. 1996) (orig. proceeding); *Tony's Barbeque and Steakhouse, Inc. v. Three Points Invs., Inc.*, 527 S.W.3d 686, 689 (Tex. App.—Houston [14th Dist.] 2017, no pet.). We granted appellees' motion. Since then, appellees have filed several status reports in this Court, with the most recent being filed on October 29, 2020.

We direct appellees, **no later than 90 days from the date of this order**, to file another report advising the Court of the status of any trial court proceedings. If appellees do not respond as directed, the case may be reinstated on the Court's active docket and the appeal may proceed under the applicable Texas Rules of Appellate Procedure.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
       ☑ Acting individually    ☐ Acting for the Court

Date: December 22, 2020